IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEVIN BRANDIS PUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-562-ECM |
| | ) | |
| UR CHAT, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff Devin Brandis Pugh ("Pugh"), proceeding *pro se*, brought this action against Defendant UR Chat, a virtual reality game, asserting various violations of his constitutional rights pursuant to 42 U.S.C. § 1983. (Doc. 1). On August 8, 2025, the Magistrate Judge entered a Recommendation that this action be dismissed for lack of subject matter jurisdiction. (Doc. 6). Upon review, the Court finds that Pugh's complaint does not sufficiently allege that the Defendant is a state actor as required for a § 1983 claim. *See Griffin v. City of Opa-Locka*, 261 F.3d 1295, 1303 (11th Cir. 2001) (explaining that § 1983 claims can only be brought against "person[s] acting under color of state law"). Therefore, the complaint fails to state a plausible claim upon which relief can be granted. Consequently, the Court concludes that the Magistrate Judge's Recommendation is due to be adopted as modified, and this action is due to be dismissed without prejudice. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 6) is ADOPTED as modified, and this case is DISMISSED without prejudice. It is further

ORDERED that all pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

DONE this 20th day of October, 2025.

                                  /s/ Emily C. Marks
                              EMILY C. MARKS
                              CHIEF UNITED STATES DISTRICT JUDGE